U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

JUN 0 4 2008

ROBERT H. SHEMWELL, CLERK
BY _____
                    DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| SENTRY INSURANCE, A MUTUAL COMPANY | : | DOCKET NO. 06-570 |
| VS. | : | JUDGE TRIMBLE |
| SOUTHWEST LOUISIANA HOSPITAL ASSOCIATION d/b/a LAKE CHARLES MEMORIAL HOSPITAL AND R. DALE BERNAUER, M.D | : | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss for lack of subject matter jurisdiction (doc. #70) is hereby **GRANTED** in part and **DENIED** in part. The motion is **GRANTED** to the extent that defendant, Southwest Louisiana Hospital Association d/b/a Lake Charles Memorial Hospital is hereby dismissed for lack of subject matter jurisdiction; otherwise, the motion is **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the motion to enter final judgment (doc. #65) is hereby **GRANTED** in part and **DENIED** in part; to the extent that the September 5, 2007 Judgment pertains to defendant, Dr. Dale Bernauer, the Court determines that there is no just reason for delay and hereby directs entry of final judgment under rule 54(b) of the Federal Rules of Civil Procedure, otherwise the motion is **DENIED.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 4th day of June, 2008.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE